UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENG-WEN CHENG,<br><br>                                    Plaintiff,<br><br>            -against-<br><br>ONYEKA OBASI et al.,<br><br>                                    Defendants. | 24-CV-1576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On May 14, 2024, defendant Onyeka Obasi filed a motion to dismiss the complaint.

Plaintiff must respond to the motion by June 4, 2024. Defendant's reply is due June 11, 2024.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 16, 2024
       New York, New York

                                    _____
                                         ARUN SUBRAMANIAN
                                       United States District Judge