UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENG-WEN CHENG,

Plaintiff,

-against-

ONYEKA OBASI et al.,

Defendants.

24-CV-1576 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On April 4, 2024, Defendant Jahril T. Bell, proceeding pro se, filed a motion to dismiss.

Plaintiff has not yet responded to that motion. If Plaintiff opposes Bell's dismissal from this case,

Plaintiff should file a response brief by June 28, 2024. Bell's reply brief will be due July 12,

2024.

The Clerk of Court is directed to mail a copy of this Order to the Plaintiff at the address

on the docket, and to Defendant Jahril Bell at 1209 42nd PL, Washington, DC 20019.

SO ORDERED.

Dated: June 6, 2024
       New York, New York

ARUN SUBRAMANIAN
United States District Judge